AO 91 (Rev. 08/09)  Criminal Complaint

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Oklahoma

FILED
FEB 1 1 2022
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

| | |
|---|---|
| United States of America | ) |
| v. | ) |
|  | ) Case No. 22·mj·93·CDL |
| Jessica Oronoz-Hernandez | ) |
|  | ) |
|  | ) |
| _Defendant(s)_ | |

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ February 10, 2022 _____ in the county of _____ Tulsa _____ in the Northern District of Oklahoma, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) & (b)(1)(A)(viii) | Possession of 500 grams or more of methamphetamine with intent to distribute |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
_Complainant's signature_

William R. Mackenzie, DEA TFO
_Printed name and title_

Sworn to before me by phone.

Date: February 11, 2022

_____
_Judge's signature_

City and state: _____ Tulsa, OK _____

United States Magistrate Judge Jodi F. Jayne
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT IN THE NORTHERN DISTRICT OF OKLAHOMA

I, William R. Mackenzie, being first duly sworn, hereby depose and state as follows:

### Introduction

1.  I am presently assigned to the Drug Enforcement Administration (DEA) as a Task Force Officer, and am an "investigative or law enforcement officer" of the United States as defined in 21 U.S.C. § 878(a).  I have a bachelor's degree in criminal justice from East Central University. I am a police officer with the Tulsa Police Department (TPD) and have been so employed for over 21 years. My current assignment at TPD is a Narcotics Detective with the Special Investigations Division (SID). Since becoming a Narcotics Detective in SID, I have participated in wire and physical surveillance, surveillance of undercover transactions, the introduction of undercover agents, the execution of search warrants, debriefings of informants and reviews of taped conversations and drug records.

2.  Through my training, education and experience, I have become familiar with the manner in which illegal drugs are transported, stored, and distributed and the methods of payment for such drugs. I have been the primary investigator in more than (10) ten complex conspiracy cases prosecuted within the federal justice system. I am a "federal law enforcement officer" as defined by Rule 41. I have trained other narcotic detectives within SID and I have taught an Association of Oklahoma Narcotic Enforcers AONE class on the distribution of heroin in the United States.  I

have completed multiple training courses on narcotics trafficking and drug conspiracy investigations.

3.  I have completed formal training in narcotics investigations from the Tulsa Police Academy, as well as informal training received from more experienced officers. I have participated in over 500 drug-related criminal investigations. I have authored both federal and state search warrants, participated in Title III investigations, purchased drugs and narcotics ("controlled dangerous substances") in an undercover capacity, including methamphetamine, and executed controlled deliveries of controlled substances.  I have gained a considerable amount of knowledge about drug trafficking organizations and their members through my training and experience. I have interviewed hundreds of defendants involved in the use, manufacture, transportation, and illegal sale of controlled dangerous substances.

4.  The information contained in this Affidavit in support of complaints and arrest warrants for Jorge MARTINEZ, Jessica ORONOZ-HERNANDEZ, Jose Manuel Llamas GAYTAN, and Comrado RENTERIA. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from witnesses, agents and other law enforcement officers.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. Based on the facts set forth in this affidavit, there is probable cause to believe that violations of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii) (Possession with

2

Intent to Distribute 500 Grams or More of Methamphetamine) have been committed.

## Probable Cause

5. On January 7, 2022, at approximately 5:00 pm, TFO James Dawson and I began conducting surveillance in front of a residence located at 5051 North Columbia Place in Tulsa, Oklahoma. Investigators noticed that a black 2017 Dodge Challenger registered to a Jessica Hernandez, with a registered address of 618 North Brian Street in Santa Maria, California, was parked on the property. Investigators saw that the front door and windows of the residence were open. At this time, it was approximately 35 degrees outside. Based on my training and experience and knowledge of the methamphetamine manufacturing process, the windows and the front door were open to remove the fumes from manufacturing methamphetamine from the residence.

6. On January 11, 2022, at approximately 10:00 am, TFO Payton Laskey, TFO James Dawson, and I began performing surveillance on 5051 North Columbia Place in Tulsa, Oklahoma. Investigators noticed that the Black Dodge Challenger was again parked at the residence. At approximately 10:30 am, the Dodge Challenger left the residence and drove to the Home Depot located at 9450 North 129th E. Avenue in Owasso, Oklahoma. Investigators watched as a Hispanic female and two Hispanic males exited the vehicle and went into the Home Depot. The Hispanic female was the driver of the vehicle. After the occupants of the vehicle entered the Home Depot, TFO Dawson placed a GPS tracker on the vehicle.

3

7. After a short period, the Hispanic female and the two Hispanic males left the Home Depot and drove away from the area. TFO Dawson contacted a manager of the Home Depot and learned that one of the Hispanic males purchased a respirator/gas mask. I know from my training and experience that this type of respirator/gas mask is commonly utilized by individuals manufacturing methamphetamine in methamphetamine labs.

8. On February 10, 2022, members of the DEA TRO, HIS, and the TPD served a federal search warrant on the property at 5051 North Columbia Place in Tulsa, Oklahoma. A vehicle utilized by the Tulsa Police Department Special Operations team was used to breach a fence allowing investigators to enter the property. The announcement, "police with a search warrant, open the door," was broadcast from the vehicle as investigators approached the residence. Investigators then noticed that cameras were located on the corners of the residence. After investigators got to the front door, TFO Payton Laskey and I made several announcements, including "police with a search warrant" and "open the front door." After hearing no response from the occupants inside the house, TFO Payton Laskey breached the front door. I immediately noticed a Hispanic male later identified as Jorge MARTINEZ and a Hispanic female later identified as Jessica ORONOZ-HERNANDEZ standing in the living room. I then noticed a large tray with several kilograms of crystal methamphetamine in the living room next to where both MARTINEZ and ORONOZ-HERNANDEZ were standing. Both subjects approached the front door and were placed in custody. Investigators entered the

4

residence and did not locate any other suspects inside. I placed a copy of the federal search warrant on the kitchen counter.

9. Investigators discovered an active methamphetamine conversion lab inside the residence. Agents located numerous pots and buckets containing a tan, clear liquid; numerous pots sitting on burners with liquid methamphetamine actively cooking; respirator masks; cans of acetone; igloo coolers with tan-colored crystal methamphetamine inside; mixing spoons; mineral water; and trays with crystal methamphetamine on them. Agents located approximately 50 kilograms of crystal methamphetamine and approximately 50 kilograms of liquid methamphetamine inside the residence.

10. While on the property, TPD Officer Polo Villarreal and I interviewed MARTINEZ. MARTINEZ stated that he and ORONOZ-HERNANDEZ came to the residence on January 3, 2022 from Santa Maria, California. He said that he is being paid $5,000 a week to run the methamphetamine lab at the residence. MARTINEZ explained that a man came to the lab from Mexico and taught MARTINEZ how to cook the methamphetamine. MARTINEZ stated that when he originally arrived at the residence, there were already approximately ten 20-kilogram bags of methamphetamine inside. MARTINEZ was instructed to pour the bags into a large pot, add water, and cook the mixture to produce methamphetamine. He further stated that ORONOZ-HERNANDEZ came with him from California to help him operate the lab and that her job was to clean the pots and other lab equipment.

11.     Agents took numerous field tests of suspected methamphetamine within the residence and received  presumptive positive results for methamphetamine. TFO Justin Aldridge and Tulsa Police Officer Josh Ledbetter then transported the methamphetamine to the DEA office before sending it to the South Central Laboratory for analysis and safekeeping.

12.     On the morning of February 10th, 2022 DEA TFOs Dawson, Adair, Finnegan, and Gilmore were conducting pre-search warrant service surveillance on GAYTAN's residence at 6809 East King Street.  At approximately 10:30 am, Investigators observed GAYTAN walk out of his residence carrying a white plastic bag that appeared to contain something of significant size and weight.  Investigators observed GAYTAN conceal this item in the backseat area of a white Ford F-150 pickup truck and leave the residence.

13.     Investigators had previously identified GAYTAN as a courier for methamphetamine they believe was being produced at the 5051 N. Columbia Place residence.  On December 1, 2021, investigators observed GAYTAN leave the residence at 6809 East King Street in  a white Ford F-150 and meet an individual in Tulsa to deliver approximately one kilogram of methamphetamine. On February 8, 2022, investigators conducting surveillance that 6809 East King Street observed GAYTAN leave the residence in a white Ford F-150 pickup truck and deliver approximately two kilograms of methamphetamine to an individual in Tulsa.

6

14.     Based their knowledge of GAYTAN's involvement in drug trafficking and the totality of the circumstances, investigators believed that the white plastic bag contained a large quantity of methamphetamine.

15.     Investigators followed GAYTAN away from his residence and Gang Unit Investigators Beyerl and Barnhart conducted a traffic stop with him a short time later.  A probable cause search of the vehicle was conducted and investigators located approximately 2 kilograms of methamphetamine concealed under the rear seat of the vehicle.  Following this stop, Investigators executed the search warrant at GAYTAN's residence at 6809 East King Street.

16.     Upon searching the residence, Investigators located 3 large coolers in the laundry room area of the residence.  One cooler contained approximately 20 quarts of liquid methamphetamine, one cooler contained approximately 40 quarts of liquid methamphetamine, and one cooler contained approximately 40 pounds of mostly dry crystal methamphetamine.  Approximately 200 grams of methamphetamine was recovered from the Southeast bedroom of the residence.

17.     Presumptive field tests were conducted of representative samples of suspected methamphetamine recovered from each of the locations resulting in presumptive positive results for the presence of methamphetamine in all representative samples. The preliminary weight for all of the methamphetamine recovered was approximately 7 kilograms.  Photos were taken of the liquid methamphetamine and representative samples were taken for testing.   The remainder of the liquid methamphetamine was collected for destruction per DEA policy.

7

18.     During the course of the investigation, agents also identified an individual named Comrado RENTERIA as a member of the DTO and had established electronic surveillance in the form of a tracking device on the vehicle utilized by RENTERIA.

19.     During the first week of February 2022, Comrado RENTERIA was seen carrying a large container of what appeared to be Acetone into the residence located at 5051 North Columbia Place in Tulsa, Oklahoma. I know from my training and experience that solvents such as Acetone are routinely utilized by individuals in the manufacturing of process of methamphetamine. I was able to identify an area Lowes department store where RENTERIA went and purchased the Acetone prior to his arrival at 5051 North Columbia Place.

20.     On February 9, 2022, United States Magistrate, Judge Christine D. Little of the Northern District of Oklahoma, signed an order authorizing investigators to execute search warrants at 11621 East 15th Street. During a search of the residence located at 11621 East 15th Street, agents placed Comrado RENTERIA in custody. Following his arrest, RENTERIA was transported to TRO, read his Miranda rights and interviewed by Task Force Officers Laskey and Dawson. This was done with the help of investigative assistant, Norma Valle, who is bilingual in English and Spanish.  During the interview, RENTERIA admitted to delivering acetone to 5051 North Columbia Place. RENTERIA admitted that he thought drugs were being manufactured at that location. RENTERIA also admitted to picking up boxes that he thought contained drugs from the lab location. RENTERIA also told

8

agents that he delivered the boxes which he believed contained drugs to various

individuals at the direction from person(s) within the DTO.

## Conclusion

21.     Based on the foregoing, I submit that probable cause exists to believe

Jorge MARTINEZ, Jessica ORONOZ-HERNANDEZ, Jose Manuel Llamas

GAYTAN, and Comrado RENTERIA possessed with the intent to distribute 500

grams or more of methamphetamine, its salts, isomers, and salts of its isomers or 500

grams or 500 grams or more of a mixture and substance containing a detectable

amount of methamphetamine, in violation of Title 21, United States Code, Sections

841(a)(1) and (b)(1)(A)(viii) and respectfully request that a warrant for the arrest of

Jorge MARTINEZ, Jessica ORONOZ-HERNANDEZ, Jose Manuel Llamas

GAYTAN, and Comrado RENTERIA to be issued.

_____

William R. Mackenzie, TFO
Drug Enforcement Administration

Sworn and subscribed to before me this _by phone_ 11th day of February, 2022.

_____

Christine D. Little
United States Magistrate Judge

9